United States Court of Appeals,

Eleventh Circuit.

Nos. 94-2901, 94-2989.

Timothy Edward WHITE, Petitioner-Appellant,

v.

Robert A. BUTTERWORTH, The Attorney General for the State of Florida, Harry K. Singletary, Jr., Secretary of the Florida Department of Corrections, Respondents-Appellees.

March 11, 1996.

Appeals from the United States District Court for the Middle District of Florida (No. 93-1488-CIV-J-10), Wm. Terrell Hodges, Judge.

Before KRAVITCH, EDMONDSON and BARKETT, Circuit Judges.

BY THE COURT:

Appellant's "emergency notice to the court for corrections," construed as a motion to correct this court's opinion of December 7, 1995, 70 F.3d 573, is *GRANTED.* As corrected, the first sentence of footnote one reads as follows:

> White also appears to have made the argument that he was "in custody" as a result of the 1987 conviction because Alabama had placed a detainer on him for the conviction that should have run concurrently with his 1987 sentence.